David ALBERTSON; Robert Albertson, Appellants,

Posi–Grip Tool Company, Inc.; Zeal Industries, Inc.; Master Craft Tool Company, LLC, formerly known as Kaskaid Tool Company, LLC, Plaintiffs,

v.

The STANLEY WORKS, a Connecticut corporation; Mac Tools, an Ohio corporation; Petters Group Worldwide, LLC, Appellees.

No. 07–2972.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 29, 2008.

Filed: Jan. 8, 2009.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

David and Robert Albertson appeal the district court's [1] grant of summary judgment to defendants following settlement of claims with plaintiff Master Craft Tool Company, formerly known as Kaskaid Tool Company, LLC. After carefully reviewing the record and considering appellants' arguments, we find no basis for reversing

---

1. The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.

**18**

the district court's order. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.